

# Fourth Court of Appeals
## San Antonio, Texas

March 22, 2018

No. 04-17-00689-CR

Antoinette **MARTINEZ,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR12772B
Honorable Catherine Torres-Stahl, Judge Presiding

# O R D E R

The appellee's first motion for extension of time is GRANTED. The appellee's brief is due on May 4, 2018.


_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of March, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court